IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERONDA APPLEMAN, et al.,<br>    Plaintiffs,<br>  v.<br>ELI LILLY AND COMPANY,<br>    Defendant.<br>_____ / | No. C-06-1369 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Before the Court is the parties' joint Case Management Conference Statement, filed May 18, 2006, by which the parties seek to continue the May 26, 2006 case management conference in the instant action by approximately 120 days. The parties state a continuance is necessary because of the imminent transfer of the instant action for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation.

    Accordingly, for good cause shown,

    The May 26, 2006 case management conference is hereby continued to September 29, 2006 at 10:30 a.m. A joint case management statement shall be filed no later than September 22, 2006.

    **IT IS SO ORDERED.**

Dated: May 18, 2006

                                               MAXINE M. CHESNEY
                                               United States District Judge