UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
 Clerk
TERRY L. VAUGHN
 Chief Deputy
 for Operations

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2330
Fax: (718) 613-2399

July 12, 2006



Richard W. Wieking, Clerk of Court
Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue, Rm. 16-1111
San Francisco, CA 94102

**RECEIVED**

JUL 1 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  **Zyprexa Products Liability Litigation**
        **MDL-1596**

Civil Actions:

| | |
|---|---|
| *Linda Amery, et al  v.* | *Eli Lilly & Co.* |
| Our Civil Action No.: | 1:06-CV-2799 |
| **Your Civil Action No.:** | **3: 06-CV-1353** |
| | |
| *Margaret Amaro, et al.  v.* | *Eli Lilly & Co.* |
| Our Civil Action No.: | 1:06-CV-2779 |
| **Your Civil Action No.:** | **2:06-CV-1355** |
| | |
| *Deronda Appleman, et. al. v.* | *Eli Lilly & Co.* |
| Our Civil Action No.: | 1:06-CV-2780 |
| **Your Civil Action No.:** | **2: 06-CV-1369** MMC |

Dear Mr. Wieking:

   Enclosed are certified copies of the MDL Panel's Order transferring the above civil actions to the Eastern District of New York for consolidation into MDL 1596. Please forward certified copies of your docket sheets w/attached cover letters for the consolidation of these cases into MDL-1596.

                                        Very Truly Yours,

                                        Monique Layne Royer
                                        Deputy Clerk

Enclosures

Page 1 of 2

A CERTIFIED TRUE COPY

MAY - 2 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 14 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-47)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 321 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-47 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #CASE CAPTION

**ALABAMA NORTHERN**
ALN 2 06-372Precious Necale Fegans v. Eli Lilly & Co.
ALN 2 06-373Donald Scott v. Eli Lilly & Co.
ALN 2 06-374Mary Glover v. Eli Lilly & Co.
ALN 2 06-430Harold B. Henry v. Eli Lilly & Co.
ALN 2 06-431William Wayne Mathers, Jr. v. Eli Lilly & Co.
~~ALN 2 06-536~~~~Patricia Tracy v. Eli Lilly & Co., et al.~~ Vacated 4/27/06
~~ALN 3 06-535~~~~Nathan Hubbard v. Eli Lilly & Co., et al.~~ Opposed 4/24/06

**CALIFORNIA NORTHERN**
CAN 3 06-1353Linda Amery, et al. v. Eli Lilly & Co.
CAN 3 06-1355Margaret Amaro, et al. v. Eli Lilly & Co.
CAN 3 06-1369Deronda Appleman, et al. v. Eli Lilly & Co.
~~CAN 3 06-1811~~~~Claudia Stempien, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/2/06
~~CAN 3 06-1938~~~~Jack Lidikay, et al. v. Eli Lilly & Co., et al.~~ VACATED 6/6/06

**CALIFORNIA SOUTHERN**
CAS 3 06-442Tynesha Belcher, et al. v. Eli Lilly & Co.

**ILLINOIS SOUTHERN**
ILS 3 06-152Daniel J. Lawler v. Eli Lilly & Co.

**INDIANA SOUTHERN**
INS 1 06-343Sheryl Abbey v. Eli Lilly & Co.

**MINNESOTA**
MN 0 06-1100Daniel Buchfink, et al. v. Eli Lilly & Co.

**MISSOURI WESTERN**
~~MOW 4 06-229~~~~Don Stricklen v. Eli Lilly & Co., et al.~~ Opposed 4/28/06

**OHIO SOUTHERN**
OHS 2 06-148Christopher Kidd v. Eli Lilly & Co.

**PENNSYLVANIA EASTERN**
PAE 2 06-815Andre Williams v. Eli Lilly & Co.
PAE 2 06-936Nick Nichols, et al. v. Eli Lilly & Co.
PAE 2 06-937Timothy Murphy v. Eli Lilly & Co.
PAE 2 06-938Louise Osman, et al. v. Eli Lilly & Co.
PAE 2 06-940Michael Hickmon v. Eli Lilly & Co.
PAE 2 06-941Selim Kibria v. Eli Lilly & Co.
PAE 2 06-942Janine Schaefer v. Eli Lilly & Co.
PAE 2 06-943Denise Berry Horan v. Eli Lilly & Co.

**TEXAS EASTERN**
TXE 2 06-76Zane Barker, et al. v. Eli Lilly & Co.
TXE 5 06-46Jason Allen, et al. v. Eli Lilly & Co.

**TEXAS SOUTHERN**
TXS 7 06-61Carol Lynn Jenkins, et al. v. Eli Lilly & Co.

**VIRGINIA EASTERN**
VAE 2 06-137Alice C. Carey, etc. v. Eli Lilly & Co.